

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *150 Fayetteville St.* | *Telephone (919) 856-4530* |
| *Suite 2100* | *Criminal FAX (919) 856-4487* |
| *Raleigh, North Carolina 27601* | *Civil FAX (919) 856-4821* |
| | *www.usdoj.gov/usao/nce* |

DATE: November 17, 2020

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
United States Attorney

ATTN OF: Barbara D. Kocher
Assistant United States Attorney

SUBJECT: U.S. v. JUSTIN WADE HERMANSON a/k/a "Sandman"
No. 7:20-CR-167-4M2, SOUTHERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Superseding Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Superseding Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

BDK/jk

cc: US Marshal Service
US Probation Office