# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

**JUSTIN WADE HERMANSON**
a/k/a "Sandman"

RECEIVED NOV 2 0 2020 U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:20-CR-00167-4M**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JUSTIN WADE HERMANSON** and he/she shall be brought before the nearest Magistrate/Judge to answer an

___ Indictment __X__ Superseding Indictment ___ Criminal Information ___ Complaint

___ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Manufacture Firearms and Ship Interstate
Count 2 - 18 U.S.C. §§ 922(a)(3), 924(a)(1)(D) and 2: Interstate Transportation of Firearms Without a License; and Aiding and Abetting

Peter A. Moore, Jr.
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer by Deputy clerk

Clerk of Court
Title of Issuing Officer

NOVEMBER 18, 2020 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 11/20/20 <br> DATE OF ARREST 01/27/21 | NAME AND TITLE OF ARRESTING OFFICER <br> J. Little, NCIS | NAME AND TITLE OF ARRESTING <br> By SB, USMS |

FILED

JAN 2 9 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK