IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-cr-00167-M-4

UNITED STATES OF AMERICA

vs.

JUSTIN WADE HERMANSON,
    Defendant.

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

NOW COMES, the Defendant, Justin Wade Hermanson, through his retained counsel and moves this Honorable Court to continue the Detention Hearing from Thursday, February 4, 2021 to a later term of court. In support of this Motion, the Defendant shows unto the Court as follows:

1. The undersigned has just been retained and is not prepared for the Detention Hearing.

2. The Government counsel, Assistant United States Attorney Barbara Kocher does not object to this continuance.

3. The Defendant stipulates that any delay occasioned by this motion to continue arraignment should be excluded from speedy trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A) since the ends of justice outweigh the interest of the Defendant and the public to a speedy trial.

4. Because of court appearances that the undersigned has with Judge Jones on February 8th and a commitment that Ms. Kocher has on February 9th, both counsel would recommend the date of February 10th to Your Honor for the scheduling of the detention hearing.

WHEREFORE, the undersigned moves to continue the detention hearing and reschedule same

**THE LAW OFFICES OF W. H. PARAMORE, III, P.C.** - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4-B, P.O. Box 2152, Jacksonville, NC 28540
1

Case 7:20-cr-00167-M   Document 98   Filed 02/01/21   Page 1 of 3

for February 10, 2021 (if at all possible).

Submitted this the 1st day of February, 2021.

THE LAW OFFICES OF W. H. PARAMORE, III, P.C

BY: /s/ W.H. Paramore, III
WALTER H. PARAMORE, III
Attorney for Defendant
410 New Bridge Street, Suite 4
P. O. Box 215
Jacksonville, NC 28540
Telephone: (910) 347-1800
whplaw@earthlink.net
North Carolina State Bar #7257
L.R. 57.1 Counsel
Retained

**THE LAW OFFICES OF W. H. PARAMORE, III, P.C.** - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4 P. O. Box 215 Jacksonville NC 28540

2

Case 7:20-cr-00167-M Document 98 Filed 02/01/21 Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned certifies and stipulates that a copy of the foregoing document was electronically filed consistent with Local Rule 49.2 and served on the persons listed below:

Mr. Peter A. Moore, Jr.
Clerk, U.S. District Court

Ms. Barbara Kocher
Assistant United States Attorney

This the 1st day of February, 2021.

THE LAW OFFICES OF W. H. PARAMORE, III, P.C.

BY: /s/ W.H. Paramore, III
WALTER H. PARAMORE, III
Attorney for Defendant
410 New Bridge Street, Suite 4
P. O. Box 215
Jacksonville, NC 28540
Telephone: (910) 347-1800
whplaw@earthlink.net
North Carolina State Bar #7257
L.R. 57.1 Counsel
Retained

**THE LAW OFFICES OF W. H. PARAMORE, III, P.C.** - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4, P. O. Box 215, Jacksonville, NC 28540
3

Case 7:20-cr-00167-M Document 98 Filed 02/01/21 Page 3 of 3