UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-0167-2-M
NO. 7:20-CR-0167-4-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO CONTINUE |
| | ) | SENTENCING |
| PAUL JAMES KRYSCUK | ) | |
| JUSTIN HERMANSON | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, with consent of defendants through counsel, hereby moves for a continuance of sentencing of the above-captioned matters, and in support thereof, submits the following:

1. The above-captioned defendants are set for sentencing on the December 7, 2022 term of Court.

2. Discovery is extensive, involves numerous digital devices, iCloud accounts, and many other writings/items, and at least one of a co-defendant's seized digital devices is still undergoing review to determine how its contents can best be shared with defense counsel. All of this material, provided to the United States Probation Office for their use in preparing a pre-sentence investigation report, must be reviewed and compiled for the report(s).

3. Additionally, three co-defendants' arraignments and/or trials are still outstanding, and a delay in these two defendants' sentencings will not interrupt or

1

otherwise negatively impact judicial efficiencies – indeed, it may increase the court's efficiencies across the entire case.

4. Counsel for defendants were contacted and have no objection to the requested continuance.

WHEREFORE, the United States respectfully requests that the sentencing hearing in this case be continued for an additional 90 days.

Respectfully submitted, this 20th day of October, 2022.

> MICHAEL F. EASLEY, JR.
> United States Attorney
>
> /s/ *Barbara D. Kocher*
> BARBARA D. KOCHER
> Assistant United States Attorney
> 150 Fayetteville St., Suite 2100
> Raleigh, North Carolina 27601
> Telephone: 919-856-4530
> Email: barb.kocher@usdoj.gov
> N.C. State Bar No. 16360

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 20th day of October, 2022, served a copy of the foregoing Motion to Continue upon the defendants in this action by electronic filing within the CM/ECF system, which will send notice to counsel of record, Christian Dysart, Ryan Willis, and Walter H. Paramore, III.

*/s/ Barbara D. Kocher*
BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
E-mail: bkocher@usa.doj.gov
Telephone: 919-856-4530
Fax: 919-856-4487
NC Bar No. 16360

3

Case 7:20-cr-00167-M   Document 236   Filed 10/20/22   Page 3 of 3