UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-0167-2-M
NO. 7:20-CR-0167-4-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PAUL JAMES KRYSCUK | ) | |
| JUSTIN HERMANSON | ) | |

Upon the Government's motion, and for good cause shown, the Government's second motion to continue sentencing for the above-captioned defendants is ALLOWED. Sentencing is reset for _____.

SO ORDERED.

This _____ day of October, 2022.

_____
RICHARD E. MYERS II
Chief United States District Court Judge