IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No.: 7:20-CR-00167-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JUSTIN WADE HERMANSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's unopposed Motion to Extend Time to File Objections to Presentence Report and Continue Sentencing [DE 300]. For good cause shown, the motion is GRANTED. Defendant shall file any objections to the draft presentence report on or before October 3, 2023. Defendant's sentencing hearing is continued until the November 28, 2023 term of court.

SO ORDERED this 3d day of July, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE