IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00167-M-4

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                     ORDER

JUSTIN WADE HERMANSON,

     Defendant.

This matter comes before the court on Defendant's motion [DE 408] to seal the document

at DE 407. For good cause shown, the motion is GRANTED. The clerk of court shall maintain the

document at DE 407 under seal until further order of the court. Copies shall be made available to

counsel for the Defendant and Government upon request.

SO ORDERED this 26th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE